NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELECTRICAL WELFARE TRUST FUND, OPERATING ENGINEERS TRUST FUND OF WASHINGTON, D.C., STONE & MARBLE MASONS OF METROPOLITAN WASHINGTON, D.C. HEALTH AND WELFARE FUND,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2023-2105

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00353-EMR, Judge Eleni M. Roumel.

---

Before DYK, BRYSON, and TARANTO, *Circuit Judges.*

BRYSON, *Circuit Judge.*

## O R D E R

The parties file a joint status report pursuant to this court's July 27, 2023, order stating that they have reached a settlement and requesting that this court remand the case to the United States Court of Federal Claims for finalization of their agreement.

2                              ELECTRICAL WELFARE TRUST FUND v. US

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The case is remanded to the United States Court of Federal Claims for review of the settlement agreement.

(2)  The parties shall bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 20, 2023
        Date

ISSUED AS A MANDATE:  December 20, 2023